IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH R. LEONARD,

                Plaintiff,                              ORDER

v.

                                                            11-cv-611-slc

CLARK CO. JUSTICE SYSTEM,

                Respondents.

---

Plaintiff Joseph Leonard, who is proceeding pro se, has submitted a proposed complaint for monetary relief. He requests leave to proceed *in forma pauperis*. From the affidavit of indigency submitted with his complaint, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

Accordingly, IT IS ORDERED that plaintiff Joseph Leonard's petition for leave to proceed *in forma pauperis* is GRANTED. Plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 6th day of September, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge